| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) SILVER, ROSLYN O | 2. Court or Organization United States District Court | 3. Date of Report 4/13/2005 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Dist. Ct. Judge - Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address Sandra Day O'Connor U.S. Crths 401 W. Washington SPC 59 Phoenix, AZ 85003-2158 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED APR 22 9 50 AM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 5/4/2004 | Thomson/West - CLE Presenter Sponsored by West Group for Maricopa Co. Bar Association | 500.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V.  GIFTS.  (Includes those to spouse and dependent children.  See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI.  LIABILITIES.  (Includes those of spouse and dependent children.  See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Silver, Roslyn O. | March 28, 2005 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income,) | | | | | | | | | |
| 1 BROKERAGE ACCOUNT # 1 | | | | | Sell | 7/27 | J | B | |
| 2 Lord Abbett Bond | | None | | | Sell | 6/16 | J | | Loss |
| 3 Columbia Tax Exempt | | None | | | Buy | 6/16 | J | | |
| 4 Lord Abbett | A | Div | J | T | Sell | 11/22 | J | | Loss |
| 5 Muni Yield Insd | | None | | | Buy | 11/22 | J | | |
| 6 Fidelity Adv Div | A | Div | J | T | Buy | 11/22 | J | | |
| 7 Dreyfus Premier | A | Int. | J | T | Buy | 11/22 | J | | |
| 8 TA Idx TA | A | Div | J | T | Buy | 11/22 | J | | |
| 9 Amern Centy | | | | | Buy | 11/22 | J | | |
| 10 Lord Abbett | A | Div | J | T | redempt. | 9/15 | J | D | |
| 11 NM Household | A | Int | J | T | Buy | 7/27 | J | | |
| 12 Fidelity Adv | A | Div | J | T | redempt | 2/20 | J | C | |
| 13 NMFord Motor | A | Int | J | T | | | | | |
| 14 Monsanto Co. | A | Div | J | T | | | | | |
| 15 Pfizer Inc | A | Div | J | T | | | | | |
| 16 Lord Abbett Bond | A | Div | J | T | | | | | |
| 17 Muniyield Insd | A | Div | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Silver, Roslyn O. | 4/13/05 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 Brokerage Acct # 1 (Cont) | | | | | | | | | |
| 19 Columbia Tax Exempt | A | Div | J | T | | | | | |
| 20 BROKERAGE ACCOUNT # 2 | | | | | | | | | |
| 21 MFS VALUE | A | Div | J | T | Buy | 8/3 | J | | |
| 22 MFS Value | | None | | | Sell | 12/14 | J | A | |
| 23 MFS High Yield | | None | | | Sell | 8/3 | J | A | |
| 24 Lord Abbett | A | Div | J | T | Buy | 2/6 | J | | |
| 25 Lord Abbett | | None | | | Sell | 8/9 | J | | |
| 26 Lord Abbett | | None | | | Sell | 9/27 | J | | |
| 27 Fidelity | A | Div | J | T | Buy | 11/22 | J | | |
| 28 Dreyfus Premier | | | | | Buy | 3/25 | J | | |
| 29 Dreyfus Premier | | None | | | Sell | 9/27 | J | | |
| 30 TA Idx TA | A | Div | J | T | Buy | 3/25 | J | | |
| 31 Amern Centy | | | | | Buy | 2/6 | K | | |
| 32 Amern Centy | | None | | | Sell | 8/9 | J | | |
| 33 Amern Centy | | None | | | Sell | 9/27 | J | | |
| 34 Citigroup Inc | | None | | | Sell | 8/9 | J | | |

| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 BROKERAGE ACCT # 2 (cont) | | | | | | | | | |
| 36 Pfizer | | None | | | Sell | 8/9 | J | A | |
| 37 Pimco NACM | | | | | Buy | 8/3 | J | | |
| 38 Pimco Total R | | None | | | Sell | 8/3 | J | | Loss |
| 39 Royal Dutch | | None | | | Sell | 6/16 | J | A | |
| 40 Coconino | A | Int | | | Sell | 2/16 | K | A | Loss |
| 41 Scottsdale | A | Int | | | Redem | 1/20 | J | C | |
| 42 ML Bank Deposit | A | Int | J | T | | | | | |
| 43 Citigroup Inc | A | Div | J | T | | | | | |
| 44 Pfizer | A | Div | J | T | | | | | |
| 45 Royal Dutch | A | Div | J | T | | | | | |
| 46 Pimco Total R | A | Div | J | T | | | | | |
| 47 MFS High Yield | A | Div | J | T | | | | | |
| 48 BROKERAGE ACCOUNT # 3 | | | | | | | | | |
| 49 Amern Centy | A | Int | J | T | Buy | 2/6 | J | | |
| 50 Dreyfus Premier | A | Int | J | T | Buy | 3/25 | J | | |
| 51 Fidelity Adv | A | Div | J | T | Buy | 11/22 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| | | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | | U=Book value | V=Other | W=Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Silver, Roslyn O. | 4/13/05 |

## VII. Page 4 INVESTMENTS and TRUSTS – income, value, transactions  (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 52 BROKERAGE ACCOUNT # (cont) | | | | | | | | | |
| 53 Lord Abbett | A | Div | J | T | Buy | 2/9 | J | | |
| 54 TA IDX | A | Div | J | T | Buy | 3/25 | J | | |
| 55 NM Household | | | | | Redemp | 11/5 | J | | |
| 56 NM Household | | None | | | Sell | 2/9 | J | A | |
| 57 NM Household | | None | | | Sell | 2/9 | J | A | |
| 58 NM Household | | None | | | Sell | 2/9 | J | A | |
| 59 NM Household | | None | | | Sell | 2/9 | J | A | |
| 60 ML Bank USA | A | Div | J | T | | | | | |
| 61 Fidelity Adv | A | Int | J | T | | | | | |
| 62 TA Idx  TA | A | Int | J | T | | | | | |
| 63 | | | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | SILVER, ROSLYN O | 4/13/2005 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.  (Indicate part of Report.)

PART VII was prepared by MERRILL LYNCH, Financial Advisors. Statement made by Merrill Lynch: "Merrill Lynch considers your confirmations and monthly statements to be the official record of your transactions. The information set forth herein was obtained from sources which we believe reliable, but we do not guarantee its accuracy."

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>SILVER, ROSLYN O | Date of Report<br><br>4/13/2005 |
| --- | --- | --- |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date __4/14/05__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544